IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL TRIPLETT,<br><br>Defendant. | Case No. 4:05CV00020<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

    Before me is Plaintiffs' Application for Default Judgment by the Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure. In support of the Application, Plaintiffs' have filed a Memorandum of Law, the declarations of Alexandra N. DeNeve, Thomas Carpenter and Dean C. Garfield, and the pleadings and files in this action. Based upon Plaintiffs' Application, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

    1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

    2.    Defendant shall pay Plaintiffs' attorney's fees and costs herein in the amount of Two Thousand Seven Hundred Seventy-Seven Dollars and Eighty-Six cents ($2,777.86).

    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

- *Resident Evil*

- *Hellboy* and

- *Exorcist: The Beginning*

and in any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) (the "Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

The Clerk is hereby instructed to strike this matter and any outstanding motions from the Court's docket. The Clerk is further directed to send a copy of this Order to all counsel of record and the Defendant.

Entered this 16th day of August, 2005.

                                                   s/Jackson L. Kiser
                                                 Senior United States District Judge